# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Donato, James | U.S. District Court | 11/04/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active District Judge | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☑ Amended Report | 01/01/2015 to 12/31/2015 |

**7. Chambers or Office Address**

United States Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Solutus Legal Search -- commissions |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York Univ. Law School | 9/10-11/2016 | New York City, NY | Conference | Travel, lodging, meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Donato, James | 11/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Account | A | Interest | J | T | | | | | |
| 2. Vanguard 529 Plan -- Age Based Oncome Portfolio | C | Int./Div. | K | T | | | | | |
| 3. Vanguard 529 Plan -- Age Based Conservative Growth Portfolio | D | Int./Div. | M | T | | | | | |
| 4. Vanguard 529 Plan -- Age Based Conservative Growth Portfolio | D | Int./Div. | M | T | | | | | |
| 5. Contributory IRA #1 | | | | | | | | | |
| 6. -- SPDR S&P 500 Index ETF | A | Int./Div. | J | T | | | | | |
| 7. -- DFA Int'l Small Cap Value | A | Int./Div. | J | T | Buy | 03/19/15 | J | A | |
| 8. Contributroy IRA #2 | | | | | | | | | |
| 9. -- Pimco All Asset All Authority Instl. | A | Int./Div. | J | T | Buy | 03/19/15 | J | A | |
| 10. --SPDR S&P 500 ETF | A | Int./Div. | J | T | | | | | |
| 11. Brokerage Account #1 | | | | | | | | | |
| 12. --Schwab Advisor Cash Reserves Premier | A | Interest | J | T | | | | | |
| 13. --Pimco All Asset All Authority | A | Int./Div. | J | T | | | | | |
| 14. --Pimco Commodity Real Return Instl. | A | Int./Div. | J | T | | | | | |
| 15. -- Pimco Low Duration Fund | C | Int./Div. | M | T | | | | | |
| 16. -- Pimco Short-Term Instl. | B | Int./Div. | L | T | | | | | |
| 17. -- TIAA-Cref Bond Fund Instl. | B | Int./Div. | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,000 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. -- Vanguard Short-Term Bd Index Admiral | C | Int./Div. | L | T | Buy | 03/20/15 | K | A | |
| 19. --Vanguard Total Bd Mkt Index Admiral | C | Int./Div. | K | T | | | | | |
| 20. -- Pimco Real Return Instl. | B | Int./Div. | K | T | | | | | |
| 21. -- Vanguard Fixed Income Inflation Protected | A | Int./Div. | J | T | | | | | |
| 22. -- Pimco Foreign Bond Hedged | B | Int./Div. | L | T | Buy | 03/19/15 | K | A | |
| 23. -- Powershares QQQ ETF | C | Int./Div. | L | T | Sold | 03/19/15 | J | A | |
| 24. -- DFA Real Estate Securities | B | Int./Div. | K | T | | | | | |
| 25. -- SPDR S&P 500 Index ETF | C | Int./Div. | L | T | | | | | |
| 26. -- Vanguard Equity Income Fund Admiral | C | Int./Div. | L | T | | | | | |
| 27. -- DFA U.S. Large Cap Value | C | Int./Div. | L | T | | | | | |
| 28. -- DFA U.S. Micro Cap | B | Int./Div. | K | T | Sold | 03/19/15 | J | A | |
| 29. -- DFA U.S. Small Cap | B | Int./Div. | K | T | | | | | |
| 30. -- DFA U.S. Small Cap Value | B | Int./Div. | K | T | | | | | |
| 31. -- DFA Int'l Small Cap Value | A | Int./Div. | J | T | | | | | |
| 32. -- DFA Int'l Small Company | A | Int./Div. | J | T | | | | | |
| 33. -- DFA Int'l Value | A | Int./Div. | J | T | | | | | |
| 34. -- iShares MSCI EAFE Index ETF | B | Int./Div. | L | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,000 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Donato, James | 11/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -- Vanguard FTSE Developed Mkts ETF | A | Int./Div. | J | T | | | | | |
| 36. -- DFA Emerging Mkts Core Equity | A | Int./Div. | K | T | | | | | |
| 37. -- iShares Dow Jones Select Dividend ETF | A | Int./Div. | | | Sold | 03/19/15 | K | A | |
| 38. --Pimco Foreign Bond Unhedged | A | Int./Div. | | | Sold | | K | A | |
| 39. Brokerage Account #2 | | | | | | | | | |
| 40. -- Schwab Advisor Cash Reserves | A | Interest | J | T | | | | | |
| 41. -- Vanguard CA Intermediate Term Tax-Ex Admiral | A | Int./Div. | J | T | | | | | |
| 42. -- Vanguard Ltd Term Tax-Ex Admiral | A | Int./Div. | J | T | | | | | |
| 43. -- DFA CA Short-Term Muni Bond | A | Int./Div. | | | Sold | 07/01/15 | J | A | |
| 44. -- DFA Int'l Core Equity | A | Int./Div. | | | Sold | 01/05/15 | K | A | |
| 45. -- DFA Int'l Core Equity | A | Int./Div. | | | Sold | 07/30/15 | J | A | |
| 46. -- DFA Int'l Core Equity | A | Int./Div. | | | Sold | 05/04/15 | J | A | |
| 47. -- DFA Int'l Core Equity | A | Int./Div. | | | Sold | 11/30/15 | J | A | |
| 48. -- Vanguard Ltd Term Tax-Ex Admiral | A | Int./Div. | | | Sold | 01/05/15 | L | A | |
| 49. -- Vanguard Ltd Term Tax-Ex Admiral | A | Int./Div. | | | Sold | 03/18/15 | K | A | |
| 50. -- Vanguard Ltd Term Tax-Ex Admiral | A | Int./Div. | | | Sold | 05/04/15 | J | A | |
| 51. -- Vanguard Ltd Term Tax-Ex Admiral | A | Int./Div. | | | Sold | 07/30/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Donato, James | 11/04/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Roth Conversion IRA #1 | | | | | | | | | |
| 53. -- Pimco Real Return Instl. | A | Int./Div. | J | T | | | | | |
| 54. -- SPDR S&P 500 Index ETF | A | Int./Div. | K | T | | | | | |
| 55. -- DFA U.S. Large Cap Value | A | Int./Div. | J | T | | | | | |
| 56. -- DFA U.S. Small Cap Value | A | Int./Div. | J | T | | | | | |
| 57. --DFA Int'l Value | A | Int./Div. | J | T | | | | | |
| 58. -- DFA Emerging Mkts Core Equit | A | Int./Div. | J | T | | | | | |
| 59. Roth Conversion IRA #2 | | | | | | | | | |
| 60. -- Vanguard Information Tech ETF | A | Int./Div. | K | T | | | | | |
| 61. -- Vanguard REIT Index ETF | A | Int./Div. | J | T | | | | | |
| 62. -- SPDR S&P 500 Index ETF | A | Int./Div. | K | T | | | | | |
| 63. -- DFA U.S. Small Cap | A | Int./Div. | J | T | | | | | |
| 64. -- DFA Emerging Mkts Core Equity | A | Int./Div. | J | T | | | | | |
| 65. Rollover IRA | | | | | | | | | |
| 66. -- DFA Commodity Strategy | A | Int./Div. | J | T | | | | | |
| 67. --Pimco Low Duration Fund | A | Int./Div. | K | T | | | | | |
| 68. -- Vanguard Total Bond Mkt Index Admiral | C | Int./Div. | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Donato, James | 11/04/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -- Vanguard Fixed Income Inflation Protected | A | Int./Div. | K | T | | | | | |
| 70. -- Pimco Foreign Bond Hedged | A | Int./Div. | K | T | | | | | |
| 71. -- Vanguard Information Tech ETF | A | Int./Div. | K | T | | | | | |
| 72. -- Vanguard REIT Index ETF | A | Int./Div. | J | T | | | | | |
| 73. -- SPDR S&P 500 Index ETF | C | Int./Div. | L | T | | | | | |
| 74. -- Vanguard Quity Income Fund Admiral | A | Int./Div. | J | T | | | | | |
| 75. -- DFA U.S. Large Cap Value | A | Int./Div. | K | T | | | | | |
| 76. -- DFA U.S. Micro Cap | A | Int./Div. | K | T | | | | | |
| 77. -- DFA U.S. Small Cap Value | A | Int./Div. | J | T | | | | | |
| 78. -- DFA Int'l Small Cap Value | A | Int./Div. | J | T | | | | | |
| 79. -- DFA Int'l Small Company | A | Int./Div. | J | T | | | | | |
| 80. -- DFA Int'l Value | A | Int./Div. | J | T | | | | | |
| 81. -- Vanguard FTSE Developed Mkts ETF | A | Int./Div. | K | T | | | | | |
| 82. -- DFA Emergin Mkts Core Equity | A | Int./Div. | J | T | | | | | |
| 83. -- Vanguard Signal Total Bond Market Index | A | Int./Div. | J | T | | | | | |
| 84. | | | | | | | | | |
| 85. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Donato, James | 11/04/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | | | | | | |
| 87. | | | | | | | | | | |
| 88. | | | | | | | | | | |
| 89. | | | | | | | | | | |
| 90. | | | | | | | | | | |
| 91. | | | | | | | | | | |
| 92. | | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Donato, James | 11/04/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James Donato**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544